IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RAYMOND B CROOM, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00472-CAR |
| | * | |
| HOME DEPOT USA INC, | | |
| | * | |
| Defendant. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Houston County, Georgia.

This 2nd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk